UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INLAND NORTHWEST HEALTH SERVICES,<br><br>                Plaintiff,<br><br>   v.<br><br>MELINDA A. BEAZER, individually and as legal guardian of S.J., a minor; RUSSELL VAN CAMP; W. RUSSELL VAN CAMP, P.C.,<br><br>                Defendants. | NO: 2:14-CV-0048-TOR<br><br>ORDER GRANTING VOLUNTARY DISMISSAL |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal of Defendants Melinda A. Beazer, Russell Van Camp, and W. Russell Van Camp, P.C., d/b/a Van Camp & Deissner (ECF No. 25).

DISCUSSION

Plaintiff has filed a notice of voluntary dismissal of its claims against Defendants Melinda A. Beazer, Russell Van Camp, and W. Russell Van Camp,

ORDER GRANTING VOLUNTARY DISMISSAL ~ 1

1  P.C., d/b/a Van Camp & Deissner pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(i).  Because these Defendants have neither filed an answer nor moved
3  for summary judgment, Plaintiff has an absolute right to voluntarily dismiss its
4  claims against them.  Fed. R. Civ. P. 41(a)(1)(A)(i).  As the Court previously
5  granted summary judgment in favor of Defendants Dustin Deissner and Deissner
6  Law Office, PC (ECF No. 24), the case will be closed.

7  **IT IS HEREBY ORDERED**:

8  Pursuant to Plaintiff's notice of voluntary dismissal of its claims against
9  Defendants Melinda A. Beazer, Russell Van Camp, and W. Russell Van Camp,
10 P.C., d/b/a Van Camp & Deissner, all remaining claims and causes of action are
11 hereby **DISMISSED** without prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(i).

12 The District Court Executive is hereby directed to enter this Order, enter
13 judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

14 **DATED** July 14, 2014.



THOMAS O. RICE
United States District Judge

ORDER GRANTING VOLUNTARY DISMISSAL ~ 2