# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| INLAND NORTHWEST HEALTH SERVICES,<br>*Plaintiff*<br>v.<br>MELINDA A. BEAZER, individually and as legal guardian of S.J., a minor; RUSSELL VAN CAMP; W. RUSSELL VAN CAMP, P.C.,<br>*Defendant* | Civil Action No. 2:14-CV-0048-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants Dustin Deissner and Deissner Law Office PC Motion for Summary Judgment (ECF No. 8) was GRANTED on June 6, 2014.
Plaintiff's Notice of Voluntary Dismissal of Defendants Melinda A. Beazer, Russell Van Camp, and W. Russell Van Camp, P.C., d/b/a Van Camp & Deissner (ECF No. 25) is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on a motion for summary judgment (ECF No. 8) and notice of voluntary dismissal (ECF No. 25).

Date: July 14, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen